**Order filed September 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-12-00484-CR
_____

**TRICIA RENE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 7**
**Harris County, Texas**
**Trial Court Cause No. 1783495**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibits 1-17.

The clerk of the Co Crim Ct at Law No 7 is directed to deliver to the Clerk of this court the original of State's Exhibit 1-17, on or before September 16, 2014. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1-17, to the clerk of the Co Crim Ct at Law No 7.

PER CURIAM